# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARREN BING,<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>IRON MOUNTAIN SECURE<br>SHREDDING, INC.,<br>　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 17-4191 |

# O R D E R

**AND NOW**, this 18th day of January, 2018, upon consideration of Defendant Iron Mountain Secure Shredding, Inc.'s Motion to Dismiss (ECF No. 5); Plaintiff Tarren Bing's Response in Opposition Thereto (ECF No. 6); and Defendant Iron Mountain Secure Shredding, Inc.'s Reply in Support of Its Motion to Dismiss (ECF No. 8), **IT IS ORDERED** that Defendant's motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**